# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00229-CV

**Craig Fontaine, Appellant**

**v.**

**Hassan Dandachli, Appellee**

### FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 19-0402-C395, THE HONORABLE RYAN D. LARSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed an agreed motion to dismiss this appeal stating that the parties have settled their dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed on Agreed Motion

Filed: April 29, 2022